**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known) _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mr. Gatti's, LP** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **74-1810879** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **550 Bailey Avenue, Suite 650**<br>**Fort Worth, TX 76107**<br>Number, Street, City, State & ZIP Code | **P.O. Box 470726**<br>**Fort Worth, TX 76147**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.gattispizza.com**

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Mr. Gatti's, LP**                                            Case number *(if known)* _____
Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _7225_

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

Debtor    **Mr. Gatti's, LP**                 Case number *(if known)*
       Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

     **Where is the property?** _____

                               Number, Street, City, State & ZIP Code

     **Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

---

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

Debtor    **Mr. Gatti's, LP**        Case number (*if known*) _____
     Name

---

▊ **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is trued and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   01 / 04 / 2019
          MM / DD / YYYY

X _(signature)_                     **Kyle C. Mann**
   Signature of authorized representative of debtor      Printed name

Title   **Vice Chairman, Sovrano GP, LLC,**
        **General Partner**

---

**18. Signature of attorney**    X _(signature)_            Date   01 / 04 / 2019
               Signature of attorney for debtor                        MM / DD / YYYY

           **Michael McConnell 13447300**
           Printed name

           **Kelly Hart & Hallman LLP**
           Firm name

           **201 Main Street, Suite 2500**
           **Fort Worth, TX 76102**
           Number, Street, City, State & ZIP Code

           Contact phone    **(817) 332-2500**      Email address   **michael.mcconnell@kellyhart.com**

           **13447300 TX**
           Bar number and State

---

Debtor    **Mr. Gatti's, LP**                                          Case number *(if known)*
          Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | Gatti's Great Pizza, Inc. | | | Relationship to you | **Affiliate** |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | |
| Debtor | Gigi's Cupcakes, LLC | | | Relationship to you | **Affiliate** |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | |
| Debtor | Gigi's Operating II, LLC | | | Relationship to you | **Affiliate** |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | |
| Debtor | Gigi's Operating, LLC | | | Relationship to you | **Affiliate** |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | |
| Debtor | Sovrano, LLC | | | Relationship to you | **Affiliate** |
| District | Northern District of Texas | When | 1/04/19 | Case number, if known | |

## WRITTEN CONSENT OF THE PARTNERS
## OF
## MR. GATTI'S, LP

### (In Lieu of Special Meeting)

### Effective as of December 21, 2018

The undersigned, being all of the partners (the "Partners") of **Mr. Gatti's, LP**, a Texas limited partnership (the "Company"), acting herein pursuant to the provisions of Section 6.201 of the Texas Business Organizations Code, do hereby consent to, authorize and approve the following resolutions in lieu of a special meeting:

### Approval of Bankruptcy Proceedings

**WHEREAS,** the Partners deem it necessary, advisable and in the best interest of the Company that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as debtor-in-possession will be sought;

### NOW, THEREFORE, BE IT

**RESOLVED,** that the filing of a voluntary petition seeking relief under Chapter 11 of Title 11 of the Bankruptcy Code, in which the authority to operate as debtor-in-possession will be sought, be, and it hereby is, authorized in all respects; and

**FURTHER RESOLVED,** that the Partners and any officer of the Company be, and each hereby is, appointed as an authorized signatory (collectively, the "Authorized Signatories") of the Company in connection with the Chapter 11 proceedings authorized herein (the "Chapter 11 Case"); and

**FURTHER RESOLVED** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court at such time as the Authorized Signatory executing the same shall determine; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, file and/or authorize all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatories may deem necessary, proper or desirable in connection with the Chapter 11 Case; and

**FURTHER RESOLVED,** that the law firm of Kelly Hart & Hallman LLP be, and it hereby is, employed to render legal services to, and to represent the Company in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Authorized Signatories shall approve; and

1

**FURTHER RESOLVED**, that an Authorized Signatory be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 Case on such terms as are deemed necessary, proper, or desirable; and

**FURTHER RESOLVED**, that the Authorized Signatories and any employees or agents (including counsel) designated by or directed by the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatories determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatories, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatories determine to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of an Authorized Signatory being conclusive evidence of such authority; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Signatories, employees, or agents (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company; and

**FURTHER RESOLVED**, that the Authorized Signatories, be, and each hereby is, authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

<u>**Original Signature**</u>

A facsimile signature or signature delivered via portable document format (pdf) will be accepted as if it were an original signature.

2

IN WITNESS WHEREOF, the undersigned Partners have executed this Consent to be effective as of the date first written above.

**GENERAL PARTNER**:

SOVRANO GP, LLC

By:  Sovrano, LLC, its sole member

By: _____
           Kyle C. Mann
           Vice Chairman

**LIMITED PARTNER**:

SOVRANO, LLC

By: _____
           Kyle C. Mann
           Vice Chairman

*Signature Page to Consent of the Partners
of Mr. Gatti's, LP*

**Fill in this information to identify the case:**

Debtor name    Mr. Gatti's, LP

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/04/2019     X _____
                                    Signature of individual signing on behalf of debtor

                                   **Kyle C. Mann**
                                   Printed name

                                   **Vice Chairman, Sovrano GP, LLC, General Partner**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   Mr. Gatti's, LP

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abilene Profit Center, Inc. 2665 Buffalo Gap Road Abilene, TX 79602 | | Trade | | | | $11,992.00 |
| Ad Accountability, LLC 3245 Main Street Frisco, TX 75034 | | Trade | | | | $22,575.00 |
| Advent IN, LLC 316 N Green River Road Evansville, IN 47715 | | Trade | | | | $3,086.00 |
| AIM Solutions, Inc. 12225 Greenville Avenue DALLAS, TX 75243 | | Trade | | | | $7,930.00 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Trade | | | | $1,900.00 |
| Bluegrass Foods Inc. 1301 East Broadway Street Campbellsville, KY 42718 | | Trade | | | | $5,349.00 |
| Capstone Concepts, LLC 6480 Kingston Pike Knoxville, TN 37919 | | Trade | | | | $8,218.00 |
| Courtney Reece Designs, Inc. 1616 Timberline Drive Benbrook, TX 76126 | | Trade | | | | $5,984.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Mr. Gatti's, LP** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dan Pyles<br>301 Bellefonte Drive<br>Ashland, KY 41101 | | Trade | | | | $1,924.00 |
| G-Pies, Inc.<br>2708 N. Main Street<br>Taylor, TX 76574 | | Trade | | | | $1,511.00 |
| Gatti's Management Group<br>1150 N IH-35 Ste 100<br>Round Rock, TX 78681 | | Reimbursement | | | | $12,053.00 |
| Gatti's Pizza of Logan<br>P.O. Box 148<br>Logan, WV 25601 | | Reimbursement | | | | $2,050.00 |
| Gatti's Pizza of Morehead, LLC<br>520 East Main Street<br>Morehead, KY 40351 | | Reimbursement | | | | $1,744.00 |
| Knauff's Family Pizza Buffet LLC<br>1658 11th Street<br>Portsmouth, OH 45662 | | Reimbursement | | | | $3,985.00 |
| Mrs. Shiva, Inc<br>5961 W. Parker Road<br>Plano, TX 75093 | | Trade | | | | $3,864.00 |
| Pizza Partners Inc<br>8206 Woodrose Court<br>Prospect, KY 40059 | | Reimbursement | | | | $1,507.00 |
| SafeSite Inc.<br>9505 Johnny Morris Rd.<br>Austin, TX 78724 | | Trade | | | | $2,336.00 |
| Steritech Group Inc.<br>PO Box 472127<br>Charlotte, NC 28247-2127 | | Trade | | | | $1,671.00 |
| TNW Holdings LC<br>PO Box 10400<br>Killeen, TX 76549 | | Reimbursement | | | | $6,068.00 |
| WhitleyPenn<br>1400 West 7th Street<br>Suite 400<br>Fort Worth, TX 76102 | | Professional Fees | | | | $8,810.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Mr. Gatti's, LP** § Case No.:
§
§
Debtor(s) §
§

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 01/04/2019

**Kyle C. Mann/Vice Chairman, Sovrano GP, LLC, General Partner**
Signer/Title

Date: 01/04/2019

Signature of Attorney
**Michael McConnell 13447300**
**Kelly Hart & Hallman LLP**
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500  Fax: (817) 878-9280**

74-1810879
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Abilene Profit Center, Inc.
2665 Buffalo Gap Road
Abilene, TX 79602


Ad Accountability, LLC
3245 Main Street
Frisco, TX 75034


Advent IN, LLC
316 N Green River Road
Evansville, IN 47715


AIM Solutions, Inc.
12225 Greenville Avenue
DALLAS, TX 75243


American Express
PO Box 650448
Dallas, TX 75265-0448


Arthur J. Galagher & Co.
7 Park Central
12750 Merit Drive, Suite 1000
Dallas, TX 75251


Aycox, Jonathan A.
3844 Kelly Blvd
Carrollton, TX 75007


Babbs, Stephanie
1219 Buckhead Trail
Mount Juliet, TN 37122


Baker, S
Skip Baker
103 Garner Dr.
Del Rio, TX 78840

Barnette
Diane Barnette
201 George Kostas Dr.
Logan, WV 25601


Berry, Colin J.
1100 Horsetail Drive
Little Elm, TX 75068


Best, Michael F.
523 Hidden Meadow Drive
Keller, TX 76248


Bluegrass Foods Inc.
1301 East Broadway Street
Campbellsville, KY 42718


Boone
Bill Boone
4200 Outer Loop
Louisville, KY 40219


Boone
Bill Boone
10035 Dixie Highway
Louisville, KY 40272


Boone
Bill Boone
790 E Cumberland Gap Pkwy
Corbin, KY 40701


Boone
Bill Boone
2100 FM 802
Brownsville, TX 78526


Boone
Bill Boone
2750 N. Grandview
Odessa, TX 79762

Boone
Bill Boone
4100 N. 2nd St.
McAllen, TX 78504

Boone
Bill Boone
614 W. Wadley
Midland, TX 79705

Boone
Bill Boone
5001 50th St.
Lubbock, TX 79414

Boone
Bill Boone
1208 S TX-77-Expy
Harlingen, TX 78550

Boone
Bill Boone
2921 Pat Booker Rd.
Universal City, TX 78148

Brelsford, William G.
2112 Western Ave
Fort Worth, TX 75701

Brown, Karen
833 Edgefield Road
Fort Worth, TX 76107

Burkett, Mark R.
7504 Chapin Road, Apt D
Fort Worth, TX 76116

Canteen Refreshment Services
P.O. Box 417632
Boston, MA 02241-7632

Capstone
Raja Jubran
6903 Maynardville Pike
Knoxville, TN 37918

Capstone
Raja Jubran
1616 W. Broadway
Maryville, TN 37801

Capstone Concepts, LLC
6480 Kingston Pike
Knoxville, TN 37919

Carpenter, Keith W.
3013 Hillcrest Dr
Irving, TX 75062

Carr, Jay C.
3915 Palisade Way
Snellville, GA 30039

Carter, Kristen A.
811 May Street
Apt. 7
Fort Worth, TX 76104

Claudia Medina
6428 Claire Dr., Apt. 9210
Fort Worth, TX 76131

Cockrell Enovation
218 W. Broadway Avenue
Fort Worth, TX 76104

Comptroller of Public Accounts
Rev. Acct. Div. - Bnkr. Sec.
P.O. Box 13528
Austin, TX 78711

COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
AUSTIN, TX 78774-0100


Conrad, Karen
12721 Bella Vino Drive
Fort Worth, TX 76126


Courtney Reece Designs, Inc.
1616 Timberline Drive
Benbrook, TX 76126


CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349


Culbert, Joel
1116 Springlake Dr
Dripping Springs, TX 78620


Dan Pyles
301 Bellefonte Drive
Ashland, KY 41101


DeFeo, Jerry
18 Winding Creek Trail
Garland, TX 75043


DIP SPV Co 9 LLC
550 Bailey Ave.
Fort Worth, TX 76107


Docter
Pat Docter
162 Paroquet Springs Dr.
Shepherdsville, KY 40165

Eagle Self Storage
4450 Rivertree Blvd.
Fort Worth, TX 76109


Edmondson, Clifton T.
508 Terry Lane
Heath, TX 75032


Equity Bank
7701 East Kellog, Ste. 100
Wichita, KS 67207


FedEx
PO Box 660481
Dallas, TX 75266-0481


Fifth Avenue Greenhouses, Inc.
1615 5th Avenue
Fort Worth, TX 76104


Fix, Robert F.
803 E. Bethel School Road
Coppell, TX 75019


Fleming, Vanessa
366 W City Dam Rd
Corbin, KY 40701


Foley, Stacy L.
2005 Howard Road
Waxahachie, TX 75165


Food Business Services LLC
550 Bailey Ave., Suite 650
Fort Worth, TX 76107

Food Business Services, LLC
550 Bailey Ave., Suite 650
Fort Worth, TX 76107


Fowler, Tamala
3701 El Campo Avenue
Fort Worth, TX 76107


FRM Solutions, LLC
3400 Peachtree Rd Ste 240
Atlanta, GA 30326


Frye
Jeff Frye
2524 Nicholasville Rd.
Lexington, KY 40503


FundCorp., Inc.
550 Bailey Ave., Suite 650
Fort Worth, TX 76107


G-Pies, Inc.
2708 N. Main Street
Taylor, TX 76574


Gatti's Great Pizza, Inc.
550 Bailey Avenue
Suite 650
Fort Worth, TX 76107


Gatti's Management Group
1150 N IH-35 Ste 100
Round Rock, TX 78681


Gatti's Pizza of Logan
P.O. Box 148
Logan, WV 25601

Gatti's Pizza of Morehead, LLC
520 East Main Street
Morehead, KY 40351


George, Henry C.
6021 Lantana Ln.
Fort Worth, TX 76112


Gielen
Bryant Gielen
2218 N. Parkerson Ave.
Crowley, LA 70526


Gielen
Bryant Gielen
2224 W. Laurel St.
Eunice, LA 70535


Gielen
Bryant Gielen
1320 Elton Rd.
Jennings, LA 70546


Glenn
Ann Glenn
2708 N. Main St.
Taylor, TX 76574


Granite Telecommincations LLC
P.O. Box 983119
Boston, MA 02298


Harris County Tax Assessor-Collector
PO Box 4622
Houston, TX 77210-4622


Haynes and Boone LLP
PO Box 841399
Dallas, TX 75284-1399

Herron
Buddy Herron
143 Woodland Park
Wise, VA 24293


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Jahangiri
Majid Jahangiri
1820 Coit Rd.
Plano, TX 75075


Jahangiri
Majid Jahangiri
2107 W. El Dorado
McKinney, TX 75070


Juarez
Robert Juarez
150 Uvalde Rd.
Houston, TX 77015


Kaminsky, Charles
5 Chester Downs
San Antonio, TX 78257


Kash
George Kash
3010 Williams Dr.
Georgetown, TX 78626


Kash
George Kash
1615 Grand Ave. Pkwy
Pflugerville, TX 78660


Kash
George Kash
717 N. Bell
Cedar Park, TX 78613

Kash
George Kash
3810 Gattis School Rd.
Round Rock, TX 78664

Kash
George Kash
1112 North IH35
Round Rock, TX 78664

Kash
George Kash
2141 North IH35
Round Rock, TX 78664

Kash
George Kash
1504 Aquarena Springs, #303
San Marcos, TX 78666

Keeley
Rocky Keeley
1811 S. Ruth St.
Sulphur, LA 70663

Kevin Paetzel
6646 Yosemite Lane
Dallas, TX 75214

Khaki
Jeff Khaki
16607 El Camino Real
Houston, TX 77062

King
Jeff King
1510 W. Cameron
Rockdale, TX 76567

Klinglesmith, Monica
693 Urton Woods Way
Louisville, KY 40243

Knauff
Tim & Lisa Knauff
1658 11th St.
Portsmouth, OH 45662

Knauff's Family Pizza Buffet LLC
1658 11th Street
Portsmouth, OH 45662

Kuhn
Ron Kuhn
703 E. Highway 131
Clarksville, IN 47129

Kyle C. Mann
P.O. Box 470099
Fort Worth, TX 76147

LaGesse, Mary D.
P.O. Box 470582
Fort Worth, TX 76147

Lambert
Tim Lambert
292 U.S. Hwy 68
Draffenville, KY 42025

Lewis, Mary
5203 Wimbledon Court
Arlington, TX 76017

Lutz
Jake Lutz
1202 North Mechanic
El Campo, TX 77437

M&S Graphic Arts
2221 Executive Drive ste A
Garland, TX 75041

Mann, Kyle C.
4012 Fairway Court
Arlington, TX 76013


Matthews Office City
2367 Pecan Court
Ft. Worth, TX 76117


Medina, Claudia
6428 Claire Drive
Apt. 9210
Fort Worth, TX 76131


Michael's Keys, Inc
206 W Bedford Euless Rd
Hurst, TX 76053


Moody
Phil Moody
770 S. Range Blvd.
Denham Springs, LA 70726


Moody
Phil Moody
828 E. Admiral Doyle
New Iberia, LA 70560


Moody
Phil Moody
5888 Essen Ln.
Baton Rouge, LA 70810


Mrs. Shiva, Inc
5961 W. Parker Road
Plano, TX 75093


MSB  (TX Toll)
CTRMA Processing
3300 N. IH-35, Suite 300
Austin, TX 78705-6777

Murphy, Kelly
7929 Stansfield Drive
Fort Worth, TX 76137


Neel
Woody Neel
803 N. Mulberry
Elizabethtown, KY 42701


Neel
Woody Neel
974 Hwy 62 W.
Boonville, IN 47601


Neel
Woody Neel
619 S. Main St.
Leitchfield, KY 42754


Neel
Woody Neel
584 Bypass
Brandenburg, KY 40108


New Benefits, Ltd.
P.O. Box 803475
Dallas, TX 75380


PD Corporation
PO Box 470099
Fort Worth, TX 76147


Phillips, Robert J.
205 North Rivercrest Drive
Fort Worth, TX 76107


PITNEY BOWES INC
P O Box 371874
Pittsburgh, PA 15250-7896

Pizza Partners Inc
8206 Woodrose Court
Prospect, KY 40059


Poates, Michael D.
8005 Rushing Spring Dr
No. Richland Hills, TX 76182


Pool, Becky M.
2683 McClendon Rd
Weatherford, TX 76088


Pyles
Dan Pyles
711 12th St.
Ashland, KY 41101


Pyles
Dan Pyles
9411 US Route 60
Ashland, KY 41102


Pyles
Dan Pyles
520 E. Main St.
Morehead, KY 40351


Quinn
Ray Quinn
620 State Rd, 39 Bypass
Martinsville, IN 46151


Reichert, Christopher K.
2541 Windy Pine Lane
Arlington, TX 76015


Renfrow, Judy
3637 Pallos Verdas Drive
Dallas, TX 75229

Retyp, LLC
d/b/a OptinMonster
7732 Maywood Crest Drive
West Palm Beach, FL 33412

Rhoads
Greg Rhoads
2170 C N. Main St.
Belton, TX 76513

Robert J. Phillips
P.O. Box 470099
Fort Worth, TX 76147

Robertson, David W.
1701 Payne st
Apt. 711
Dallas, TX 75201

Robertson, Jane
2379 Joe Brown Road
Spring Hill, TN 37174

Rodgers-Gaddis
Mike Rodgers
739 South Hwy 27
Somerset, KY 42501

Rodgers-Gaddis
Ritchie Gaddis
1301 E. Broadway
Campbellsville, KY 42718

Roney, Nakita
1232 Kensington Dr.
DeSoto, TX 75115

Ryan LLC
P.O. Box 848351
Dallas, TX 75284-8351

SafeSite Inc.
9505 Johnny Morris Rd.
Austin, TX 78724


Samantha Springs Bottling
820 N. Main Street
Keller, TX 76248


Schnelle/Ottmer
Pam & Bubba Schnelle
2931 S. State Hwy 16
Fredericksburg, TX 78624


Scott
Madison Scott
4412 S. Western St.
Amarillo, TX 79109


Scott
Madison Scott
2665 Buffalo Gap
Abilene, TX 79605


Scribner
Joe Scribner
RM-1431
Kingsland, TX 78639


Seargent
Todd Seargent
804 Chestnut St.
Murray, KY 42071


SenText Solutions
612 Wheelers Farm Rd
Milford, CT 06461


Shetler
Ricky Shetler
3522 Ryan St.
Lake Charles, LA 70605

Slone
Deb Slone
274 Cassidy Blvd.
Pikeville, KY 41501


Smith, Travis M.
3217 Tanglewood Trail
Fort Worth, TX 76109


Sovrano, LLC
5550 Bailey Avenue
Suite 650
Fort Worth, TX 76107


Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


Spring Branch ISD Tax Office
L.A. Payton, RTA
8880 Westview Dr.
Houston, TX 77055


State of Delaware
Secretary of State
401 Federal St., #4
Dover, DE 19901


Steritech Group Inc.
PO Box 472127
Charlotte, NC 28247-2127


Strother, Jack
6300 Via Italia Dr
Flower Mound, TX 75077


Tenneessee Dept. of Revenue
P.O. Box 190665
NASHVILLE,, TN 37219

Texas Alcohol Beverage Commission
License and Permits Division
P.O. Box 13127
Austin, TX 78711

Texas Workforce Commision
PO Box 1942
Austin, TX 78767-1942

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th St.
Austin, TX 78778

Tisdel
Jeff Tisdel
6800 Westgate St.
Austin, TX 78745

Tisdel
Jeff Tisdel
7101 Highway 71
Oak Hill, TX 78735

Tisdel
Jeff Tisdel
1555 Bastrop Hwy.
Austin, TX 78742

Tisdel
Jeff Tisdel
2801 Bee Caves Rd.
Rollingwood, TX 78746

Tisdel
Jeff Tisdel
2410 Riverside Dr.
Austin, TX 78741

Tisdel
Jeff Tisdel
3711 Guadalupe
Austin, TX 78705

Tisdel
Jeff Tisdel
10740 Research Blvd.
Austin, TX 78759


Tisdel
Jeff Tisdel
7525 E. Hwy 290/183
Austin, TX 78723


Tisdel
Jeff Tisdel
2931 Anderson Lane
Austin, TX 78757


Tisdel
Jeff Tisdel
801 E. William Cannon
Austin, TX 78745


Tisdel
Jeff Tisdel
12110 Manchaca Rd.
Austin, TX 78748


Tisdel
Jeff Tisdel
2121 Parmer Lane
Austin, TX 78758


Tisdel
Jeff Tisdel
3305 RR 620
Austin, TX 78734


TNW Holdings LC
PO Box 10400
Killeen, TX 76549


Travis County
P.O. Box 1748
AUSTIN, TX 78767

Travis County Tax Office
P.O. Box 149324
Austin, TX 78714


Tropical Greenery
7908 N.E. Loop 820
Ft. Worth, TX 76180


United States Trustee
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1699


Vallejo, Elizabeth G.
6249 Winifred Drive
Fort Worth, TX 76133


Watson, Boyd
6551 Malvey Ave
Fort Worth, TX 76116


Wheat, Debbie S.
1215 Greenway Drive
Duncanville, TX 75137


WhitleyPenn
1400 West 7th Street Suite 400
Fort Worth, TX 76102


Williams, Robert W.
2813 Saddle Creek Dr
Fort Worth, TX 76177


Winter, James R.
3816 Birchman Ave
Fort Worth, TX 76107

```
Winters, Dustin
10650 Jacksboro Hwy
Box 5
Fort Worth, TX 76135


Woodside, Dustin
6925 Westcreek Drive
Fort Worth, TX 76133


Ziedler
John Ziedler
316 N. Green River Rd.
Evansville, IN 47715
```

**United States Bankruptcy Court**
**Northern District of Texas**

In re  **Mr. Gatti's, LP**

Debtor(s)

Case No.

Chapter  **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I:  DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.


Date:   01/04/2019

**Kyle C. Mann**, Vice Chairman,
Sovrano GP, LLC, General Partner


**PART II:  DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   01/04/2019

Michael McConnell 13447300, Attorney for Debtor
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500 Fax:(817) 878-9280**

# United States Bankruptcy Court
## Northern District of Texas

In re  **Mr. Gatti's, LP**

Debtor(s)

Case No.

Chapter  **11**

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■  I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  01/04/2019

**Kyle C. Mann,** Vice Chairman,
Sovrano GP, LLC, General Partner

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  01/04/2019

**Michael McConnell 13447300,** Attorney for Debtor
**201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 332-2500 Fax:(817) 878-9280**